# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE: | In Proceedings Under Chapter 13 |
| James R Williams | BK 18–31273–lkg |
| Debtor(s) | |

SSN/Individual Taxpayer ID Number (ITIN):

xxx–xx–1186

## ORDER TO EMPLOYER TO PAY CHAPTER 13 TRUSTEE

The Debtor, James R Williams, having filed a petition under Chapter 13 of the Bankruptcy Code, has submitted both his/her person and his/her assets, including future income, to the jurisdiction of this Court.  The Court finds it to be in the best interest of the Debtor(s), as well as the creditors, to have the Debtor's future wages or other income needed to fund the Chapter 13 Plan turned over to the Trustee for distribution.  It is hereby

**ORDERED** that Debtor's employer or other payor of income, AFLAC, whose address is 4972 Benchmark Center Dr, Ste 300, Swansea, IL 62226 withhold the sum of $500.00 monthly from the Debtor's income and forward the withheld income to the Chapter 13 Trustee each month.  (The amounts withheld from each payment of the Debtor's wages and the date for disbursement to the Chapter 13 Trustee shall coincide with the employer's regular payroll dates.)  These monies shall be made payable and mailed to:

> Russell C. Simon
> Chapter 13 Trustee
> PO Box 1898
> Memphis, TN 38101–1898
> (618) 277–0086
> Or to pay electronically go to https://tfsbillpay.com/employer

This Order shall remain in full force and effect until the earlier of (i) further Order of this Court or (ii) the Debtor's employment with the above referenced employer is terminated.

This Order supercedes any previous Order issued by this Court with respect to the Debtor's wages.

The Clerk shall issue a copy of this Order to the above named employer, the Debtor, Debtor's counsel, and the Chapter 13 Trustee.

ENTERED: November 13, 2019               /s/ Laura K. Grandy
                                         UNITED STATES BANKRUPTCY JUDGE

United States Bankruptcy Court
Southern District of Illinois

In re:  
James R Williams  
     Debtor

Case No. 18-31273-lkg  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0754-3    User: jl    Page 1 of 1    Date Rcvd: Nov 13, 2019  
                     Form ID: 182    Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 15, 2019.
```
db             +James R Williams,    292 Eagle Ridge,    O Fallon, IL 62269-1929
               +AFLAC,    4972 BENCHMARK CENTER DR STE 300,    SWANSEA, IL 62226-2070
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.      TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 15, 2019                      Signature: /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 13, 2019 at the address(es) listed below:
```
              Jerry D Graham, Jr    on behalf of Debtor James R Williams court@jdgrahamlaw.com,
               jdgrahampc@gmail.com;r47365@notify.bestcase.com
              Russell C Simon    simontrustee@yahoo.com, pacer@simonch13trustee.com
              United States Trustee    USTPRegion10.es.ecf@usdoj.gov
                                                                                             TOTAL: 3
```